**SEALED**

FILED
Dec 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-0232 KJM |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| OSCAR FIDEL AYON, aka "Nando", OSCAR AYON LOPEZ, OLIVIA REYES, and TRAVIS JORDAN MICHAEL, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Justin L. Lee to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: December 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL

1