UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 7, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS JORDAN MICHAEL,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00232-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  TRAVIS JORDAN MICHAEL, Case No. 2:21-cr-00232-KJM  Charge 21 U.S.C. § 846, from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　__X__　Bail Posted in the Sum of $  50,000.00.

　　　　　__X__　Unsecured Appearance Bond $  50,000.00.

　　　　　_____　Appearance Bond with 10% Deposit

　　　　　_____　Appearance Bond with Surety

　　　　　_____　Corporate Surety Bail Bond

　　　　　_____　(Other):

Issued at Sacramento, California on March 7, 2022 at 2:25 p.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE